BUTTE COUNTY, Respondent, v. BARNETT, et al, Appellants.

(266 N. W. 134.)

(File No. 7687. Opinion filed March 21, 1936.)

*Chambers Kellar*, of Lead, and *Dan McCutcheon, L. M. Simons*, and *J. M. Armstrong*, all of Belle Fourche, for Appellants.

*Hayes & Hayes*, of Deadwood, and *R. A. Smiley*, State's Atty. of Belle Fourche, for Respondent.

PER CURIAM. On the authority of Butte County v. Lovinger, 266 N. W. 127, handed down by this court on this day, the judgment and order appealed from herein are reversed.

All the Judges concur, except POLLEY, P. J., not sitting.